IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 7019 |
| FE CLADDING, INC., a dissolved Illinois corporation, | ) ) ) ) | JUDGE JOHN J. THARP, JR. |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on February 26, 2019, request this Court enter judgment against Defendant, FE CLADDING, INC., a dissolved Illinois corporation. In support of this Motion, Plaintiffs state:

1. On February 26, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2. On or about March 29, 2019, Plaintiffs' auditors completed the audit. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $2,567.20. (See Affidavit of Paul E. Flasch).

3. Additionally, the amount of $553.35 is due for liquidated damages. (Flasch Aff. Par. 6). Plaintiffs' auditing firm of Legacy Professionals, LLP charged Plaintiffs $688.20 to perform the audit examination and complete the report (Flasch Aff. Par. 7).

4. In addition, Plaintiffs' firm has expended $590.00 for costs and $3,251.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $7,649.75.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $7,649.75.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\FE Cladding\motion-judgment.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of August 2019:

        Mr. John Montalbano, Registered Agent
        FE Cladding, Inc.
        103 Pine Tree Row
        Lake Zurich, IL   60047-1232

        Mr. John Montalbano
        2318 Trailside Lane
        Wauconda, IL   60084-5015

        Office of the Secretary of State
        Department of Business Services
        Annual Reports/Registered Agent Section
        Attn: File #70169533
        501 S. 2nd Street, Room 350
        Springfield, IL   62756-1000


                /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\FE Cladding\motion-judgment.pnr.df.wpd